## ORDER

Pursuant to the stipulated request of the parties, and good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiffs shall file a First Amended Complaint ("FAC") on or before January 27, 2014.

2. So long as Plaintiffs file their FAC on or before January 27, 2014, or by such other date as the Parties jointly agree to hereafter, no motions directed at, or relating to, the Complaint or its allegations shall be filed by the Stipulating Defendants.

3. The Stipulating Defendants shall have to, through and including March 6, 2014 to file any responsive pleading to the FAC. Plaintiffs shall have to, through and including ~~April 3, 2013~~ *March 20, 2014* to file oppositions to any motions to dismiss (or similar motions) filed as responsive pleadings. Any replies thereto shall be filed no later than ~~April 24, 2014~~ *March 27, 2014*. The hearing of any motions directed at the FAC shall be on Thursday, ~~May 8,~~ *April 10*, 2014.

4. The case management conference, currently set for January 30, 2014, is continued to ~~May 8~~ *April 10*, 2014, at 1:30 p.m., to be heard in conjunction with any motions directed at the FAC. If no hearing is to be held at that time, then the case management conference will be held at 9:00 a.m. on ~~May 8~~ *April 10*, 2014.

5. Any currently unserved party shall have the later of the response time set by local rule or March 6, 2014, in which to respond to the FAC.

6. This extension of time to respond is without prejudice to further requests by a party to adjust the response deadline or further stipulations by the parties to set a unified response date for all parties to this action.

IT IS SO ORDERED:

Dated: 1/6/14

_____
Hon. Edward M. Chen
UNITED STATES DISTRICT JUDGE