KENNETH C. ABSALOM (SBN 114607)
kenabsalom@333law.com
GEORGE R. NEMIROFF (SBN 262058)
nemiroff@333law.com
LAW OFFICE OF KENNETH C. ABSALOM
275 Battery Street, Suite 200
San Francisco, Ca. 94111
Tel:  415-392-5040
Fax: 415-392-3729

*Attorneys for Defendants
Russell E Burns, Dan Reding,
Jim Sullivan, Carl Goff, Justin Diston,
Steven Harris, Pane Meatoga, Nate Tucker*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SLACK, individually, and on behalf of all others similarly situated, *et al.*<br><br>        Plaintiffs,<br><br>vs.<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS, a trade union, *et al.*<br><br>        Defendants. | Case No.: 3:13-cv-05001-EMC<br><br>CLASS ACTION<br><br>**[PROPOSED] ODER REGARDING CASE MANAGEMENT** |

**ORDER**

Pursuant to the stipulated request of the parties, and good cause appearing, IT IS HEREBY ORDERED that:

1.  Stipulating Defendants shall file their responsive pleadings, including any Rule 12 motions, on or before April 24, 2014.  Plaintiffs shall have to, through and including May 22, 2014 to file oppositions to any motions to dismiss (or similar motions) filed as responsive pleadings.  Any replies thereto shall be filed no later than June 5, 2014.  The hearing of any motion directed to the First Amended Complaint shall be on ___June 19___. 2014 at 1:30 p.m.

1    2.      The Case Management Conference, currently set for April 10, 2014 at 1:30 p.m.,
2    shall be continued to _____June 19, 2014 at 1:30 p.m._____, at _____.
3    3.      Any currently unserved party shall have the later of the response time set by local
4    rule or April 14, 2014, in which to respond to the First Amended Complaint.

6    IT IS SO ORDERED:

8    Dated:   3/10/14



IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen

11   _____ _____