# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SLACK, individually, and on behalf of all others similarly situated;<br>JOHN JARBOE, individually, and on behalf of all others similarly situated;<br>KEN BETTIS, individually, and on behalf of all others similarly situated;<br>KENNY MENDOZA, individually, and on behalf of all others similarly situated;<br>CLYDE ELI, individually, and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>                v.<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS, a trade union, et al.,<br><br>                Defendants. | **U.S. District Case No. 3:13-cv-05001-EMC**<br><br>Action filed October 27, 2013<br><br>CLASS ACTION<br><br>**[P~~ROPO~~SED] ORDER REGARDING STIPULATION TO INCLUDE DEFENDANTS OE FEDERAL CREDIT UNION AND WILLIAM WAGGONER IN MARCH 4, 2014 STIPULATION REGARDING CASE MANAGEMENT** |

## **ORDER**

Pursuant to the stipulated request of Plaintiffs and Defendants OE FEDERAL CREDIT UNION and WILLIAM WAGGONER, and good cause appearing, IT IS HEREBY ORDERED that:

1.     Defendants OE FEDERAL CREDIT UNION and WILLIAM WAGGONER shall file their respective responsive pleadings, including any Rule 12 motions, on or before April 24, 2014.

1

[PROPOSED] ORDER REGARDING STIPULATION TO INCLUDE DEFENDANTS OE FEDERAL CREDIT UNION AND WILLIAM WAGGONER IN MARCH 4, 2014 STIPULATION REGARDING CASE MANAGEMENT

1       2.      Plaintiffs shall have up to and including May 22, 2014 to file an opposition to any motion to dismiss (or similar motion) filed as a responsive pleading.

        3.      Any reply thereto shall be filed no later than June 5, 2014. The hearing of any motion by Defendants OE FEDERAL CREDIT UNION and WILLIAM WAGGONER that is directed to the First Amended Complaint shall be on __6/19/14 at 1:30 p.m. The case management conference is reset for 6/19/14 at 1:30 p.m. A joint CMC Statement shall be filed by 6/12/14.

IT IS SO ORDERED:

Dated: ___3/18/14___



_____
Hon. Edward M. Chen
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

---

2

[PROPOSED] ORDER REGARDING STIPULATION TO INCLUDE DEFENDANTS OE FEDERAL CREDIT UNION AND WILLIAM WAGGONER IN MARCH 4, 2014 STIPULATION REGARDING CASE MANAGEMENT