KENNETH C. ABSALOM (SBN 114607)
kenabsalom@333law.com
GEORGE R. NEMIROFF (SBN 262058)
nemiroff@333law.com
LAW OFFICE OF KENNETH C. ABSALOM
275 Battery Street, Suite 200
San Francisco, Ca. 94111
Telephone:  415-392-5040
Facsimile:   415-392-3729

Attorneys for Defendant
Russell E. Burns

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SLACK, individually, and on behalf of all others similarly situated, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS, a trade union, et al.<br><br>Defendants. | Case No.: 3:13-cv-05001-EMC<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER TO DISMISS RUSSELL E. BURNS FROM CERTAIN STATE LAW CLAIMS IN THE FIRST AMENDED COMPLAINT |

The Court has received and reviewed the Stipulation entered into by and between all Plaintiffs and Defendant Russell E. Burns, for the stated purpose of dismissing certain state law claims in the First Amended Complaint ("FAC") against Russell E. Burns. The stipulation is GRANTED and it is ORDERED that:

1. Plaintiffs, in their individual capacities as no class has been certified in this matter, hereby dismiss with prejudice Defendant Russell E. Burns from the FAC's Tenth, Seventeenth and Eighteenth Claims for Relief.

\\

\\

1  2. The parties are to bear their own fees and costs.

3  IT IS SO ORDERED.

5  Dated: ~~April~~ 5/5 _____, 2014

