J. Mark Moore, State Bar No. 180473
  jmm@mllawyers.net
H. Scott Leviant, State Bar No. 200834
  hsl@mllawyers.net
**MOORE & LEVIANT LLP**
20700 Ventura Blvd., Suite 140
Woodland Hills, CA 91364
Telephone:   (877) 360-7020
Facsimile:   (310) 870-7020

Jeffrey K. Berns (SBN 131351)
  jberns@law111.com
Albert G. Lum (SBN 259053)
  alum@law111.com
**BERNS WEISS LLP**
20700 Ventura Blvd. Suite 140
Woodland Hills, CA 91364
Telephone: (818) 961-2000
Facsimile: (818) 999-1500

Lee A. Weiss (admitted *pro hac vice*)
  lweiss@bernsweiss.com
**BERNS WEISS LLP**
585 Stewart Avenue, Suite L-20
Garden City, NY 11530
Telephone: (516) 222-2900
Facsimile: (818) 999-1500

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SLACK, individually, and on behalf of all others similarly situated, *et al*.<br><br>         Plaintiffs,<br><br>   vs.<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS, a trade union, *et al*.<br><br>         Defendants. | Case No.: 3:13-cv-05001-EMC<br><br>CLASS ACTION<br><br>**STIPULATION BETWEEN PLAINTIFFS AND DEFENDANTS JAMES D. SPAIN, ANDREW LAGOSH, DENNIS DORTON, STANLEY GREEN, JIM GRAHAM, GLENN SMITH, MICHAEL BRANDT III; [PROP̶O̶SED] ORDER** |

TO THE COURT, TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

This Stipulation is entered into by and between all Plaintiffs and Defendants James D. Spain, Andrew Lagosh, Dennis Dorton, Stanley Green, Jim Graham, Glenn Smith, and Michael Brandt III (collectively, "Stipulating Defendants") (Plaintiffs and Stipulating Defendants are "the Parties") for the purpose of correcting an inadvertent error in the First Amended Complaint. The Stipulation is entered into based upon the following facts:

A. The First Amended Complaint (FAC) was filed in this matter on January 27, 2014.

B. In Paragraph 84 of the FAC, Plaintiffs collectively identified a number of the Defendants using the defined term "ERISA Defendants." Subsequently, Plaintiffs sometimes reference those identified Defendants collectively, using the defined term the "ERISA Defendants," in alleging how the "ERISA Defendants" allegedly acted or failed to act. However, the Parties recently realized that certain individuals, namely, the Stipulating Defendants, were erroneously listed as among the "ERISA Defendants" in Paragraph 84 of the FAC.

C. After being advised of the error, counsel for Plaintiffs agreed to stipulate to the striking of the Stipulating Defendants from Paragraph 84.

D. The Parties to this Stipulation do not offer it for any dilatory purpose. Rather, the Stipulation is entered into solely to minimize inconvenience to the Court, the Parties, and their counsel.

Therefore, Plaintiffs and the Stipulating Defendants, desiring to efficiently manage this complex matter, and desiring to resolve issues amongst themselves to the extent possible, hereby stipulate as follows:

A. The names of Defendants James D. Spain, Andrew Lagosh, Dennis Dorton, Stanley Green, Jim Graham, Glenn Smith, and Michael Brandt III shall be stricken from Paragraph 84 of the FAC.

Respectfully submitted,

Dated: May 13, 2014                **MOORE & LEVIANT LLP**

By: /s/ H. Scott Leviant
J. Mark Moore
H. Scott Leviant

**BERNS WEISS LLP**
Jeffrey K. Berns
Lee A. Weiss
Albert G. Lum

Attorneys for Plaintiffs

[Signatures continued on next page]

| | | |
|---|---|---|
| 1 | Dated: May 13, 2014 | **LAW OFFICE OF KENNETH C. ABSALOM** |
| 2 | | |
| 3 | | By: */s/ George R. Nemiroff* |
| | | Kenneth C. Absalom |
| 4 | | George R. Nemiroff |
| 5 | | Attorney for Defendants Russell E. Burns, Dan Reding, Jim Sullivan, Carl Goff, Steve Ingersoll, Mike Croll, Justin Diston, Steve Harris, Pane Meatoga, Nate Tucker, James D. Spain, Andrew Lagosh, Dennis Dorton, Stanley Green, Jim Graham, Glenn Smith, and Michael Brandt III |

# ECF CERTIFICATION

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated: May 13, 2014          **MOORE & LEVIANT LLP**

By: /s/ H. Scott Leviant
J. Mark Moore
H. Scott Leviant

**ORDER**

Pursuant to the stipulated request of the parties, and good cause appearing, IT IS HEREBY ORDERED that:

1. The names of Defendants James D. Spain, Andrew Lagosh, Dennis Dorton, Stanley Green, Jim Graham, Glenn Smith, and Michael Brandt III are stricken from Paragraph 84 of the FAC.

IT IS SO ORDERED:

Dated: 5/16/14



_____
Hon.
UNITED ST