STEPHEN P. BERZON (SBN 46540)
JONATHAN WEISSGLASS (SBN 185008)
STACEY M. LEYTON (SBN 203827)
LAURA S. TRICE (SBN 284837)
ALTSHULER BERZON LLP
177 Post Street Suite 300
San Francisco, CA 94108
Telephone:  (415) 421-7151
Facsimile:  (415) 362-8064
sberzon@altshulerberzon.com
jweissglass@altshulerberzon.com
sleyton@altshulerberzon.com
ltrice@altshulerberzon.com

*Attorneys for Defendants International Union of Operating Engineers, James T. Callahan, and Vincent Giblin*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SLACK, individually, and on behalf of all others similarly situated, *et al.* | Case No.: 3:13-cv-05001-EMC |
| Plaintiffs, | CLASS ACTION |
| vs. | |
| INTERNATIONAL UNION OF OPERATING ENGINEERS, a trade union, *et al.* | **STIPULATION MOVING HEARING DATE FROM JULY 3, 2014 TO JULY 10, 2014** |
| Defendants. | |

Case No.: 3:13-cv-05001-EMC                                           *Slack, et al. v. I.U.O.E., et al.*
**STIPULATION BETWEEN PLAINTIFFS AND DEFENDANTS  REGARDING HEARING**

1   TO THE COURT, TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

2   This Stipulation is submitted pursuant to Local Rule 6-2 and is entered into by and between all Plaintiffs and Defendants represented by the undersigned counsel (collectively, "Stipulating Defendants") for the purpose of setting a hearing date that accommodates all parties' counsel's schedules.  Due to conflicts with various proposed hearing dates and difficulty that some parties' counsel will have traveling to San Francisco for the recently re-set July 3, 2014 hearing date, the undersigned all agree that the hearing currently set for July 3, 2014 should be moved to July 10, 2014.

Therefore, the parties stipulate that the hearing on Docket No. 114 (Motion to Dismiss Claims in the First Amended Complaint and Motion to Strike), Docket No. 109 (Motion to Dismiss Claims in the First Amended Complaint and Motion to Strike), Docket No. 106 (Motion to Dismiss and, in the Alternative, to Strike), Docket No. 99 (Motion to Dismiss 12th Cause of Action of the First Amended Complaint for Failure to State a Claim upon Which Relief can be Granted Pursuant to Fed. Rule of Civil Procedure 12(b)(6)), and Docket No. 107 (Motion to Dismiss First Amended Complaint) shall be reset for July 10, 2014 at 1:30 p.m. in Courtroom 5, 17th Floor, San Francisco.

Respectfully submitted,

Dated:   July 2, 2014                    **ALTSHULER BERZON LLP**

By: /s/ *Stacey Leyton*_____
    Stacey Leyton

Attorneys for Defendants International Union of Operating Engineers, James T.Callahan, and Vincent Giblin

Case No.: 3:13-cv-05001-EMC          Page 1          *Slack, et al. v. I.U.O.E., et al.*
**STIPULATION BETWEEN PLAINTIFFS AND DEFENDANTS REGARDING HEARING**

| | | |
|---|---|---|
| 1 | Dated: July 2, 2014 | **MOORE & LEVIANT LLP** |

By: /s/ *J. Mark Moore*_____
    J. Mark Moore
    H. Scott Leviant

**BERNS WEISS LLP**
Jeffrey K. Berns
Lee A. Weiss
Albert G. Lum

Attorneys for Plaintiffs David Slack,
John Jarboe, Ken Bettis, Kenny Mendoza
and Clyde Eli

Dated: July 2, 2014    **LAW OFFICE OF KENNETH C. ABSALOM**

By: /s/ *George R. Nemiroff*_____
    Kenneth C. Absalom
    George R. Nemiroff

Attorneys for Defendants Russell E Burns,
Dan Reding, Jim Sullivan, Carl Goff, Justin Diston,
Steven Harris, Pane Meatoga, Nate Tucker, Andrew
Lagosh, James D. Spain, Jim Graham, Glenn Smith

Dated: July 2, 2014    **COX, CASTLE & NICHOLSON LLP**

By: /s/ *Dwayne McKenzie*_____
    Dwayne McKenzie

Attorneys for Defendants Kevin J. Albanese, Jeffrey
Clyde, F.G. Crosthwaite, Robert Doud, Thomas
Holsman, John M. Humber, Lance Inouye, Walt
Johnson, James E. Murray, Richard Piombo, Randall
Ching, Leonard Dempsey, Chad Goodfellow, Gary
Iwamoto, Ken Kawamoto, Kenneth Kobatake,
Leonard Leong, Rodney Nohara, Ronald
Oshiro, Andy Ragasa, Peter Robb, Kathleen
Thurston, Lance Wilhelm, and Corey Yamashita

1
2   Dated:   July 2, 2014                              **LITCHFIELD CAVO LLP**
3
4                                        By: /s/ *Talar Tavlian*_____
                                             Mark K. Worthge, Esq.
5                                            Talar Tavlian, Esq.

6                                            Attorneys for Defendant OE Federal Credit Union

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ECF CERTIFICATION

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated: July 2, 2014         /s/ *Stacey Leyton*_____
Stacey Leyton

Attorneys for Defendants International Union of Operating Engineers, James T. Callahan, and Vincent Giblin

1    **[PROPOSED] ORDER**

2    Pursuant to the Stipulation of Counsel and for good cause shown, IT IS HEREBY
ORDERED that the hearing on Docket No. 114 (Motion to Dismiss Claims in the First Amended
Complaint and Motion to Strike), Docket No. 109 (Motion to Dismiss Claims in the First
Amended Complaint and Motion to Strike), Docket No. 106 (Motion to Dismiss and, in the
Alternative, to Strike), Docket No. 99 (Motion to Dismiss 12th Cause of Action of the First
Amended Complaint for Failure to State a Claim upon Which Relief can be Granted Pursuant to
Fed. Rule of Civil Procedure 12(b)(6)), and Docket No. 107 (Motion to Dismiss First Amended
Complaint) shall be reset for July 10, 2014 at 1:30 p.m. in Courtroom 5, 17th Floor, San
Francisco.

**IT IS SO ORDERED.**

Dated: ____7/2_____, 2014          _____
                                       HON. EDWARD M. CHEN
                                       UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*United States District Court, Northern District of California*

---

Case No.: 3:13-cv-05001-EMC        Page 5        *Slack, et al. v. I.U.O.E., et al.*
**STIPULATION BETWEEN PLAINTIFFS AND DEFENDANTS REGARDING HEARING**