1  John S. Miller, Jr. (State Bar No. 77446)
   jmiller@coxcastle.com
2  Dwayne P. McKenzie (State Bar No. 175162)
   dmckenzie@coxcastle.com
3  COX, CASTLE & NICHOLSON LLP
   2049 Century Park East
4  28th Floor
   Los Angeles, CA  90067-3284
5  Telephone:  (310) 284-2200
   Facsimile:  (310) 284-2100
6
   Attorneys for Defendant Management Trustees as set forth on
7  the signature page [Local Rule 3-4]

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  DAVID SLACK, individually, and on behalf of all others similarly situated; JOHN JARBOE, individually, and on behalf of all others similarly situated; KEN BETTIS, individually, and on behalf of all others similarly situated; KENNY MENDOZA, individually, and on behalf of all others similarly situated, CLYDE ELI, individually, and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>      vs.<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS, a trade union, et al.<br><br>            Defendants. | Case No. 3:13-CV-05001-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING NEW HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT** |

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
LOS ANGELES, CA

069370\6584109v2

- 1 -

STIP AND [PROPOSED] ORDER SETTING
NEW HEARING DATE FOR DEFENDANTS'
MOTION TO DISMISS SAC 11/21/14

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

This Stipulation is submitted pursuant to Local Rule 6-2 and is entered into by and between all Plaintiffs and Defendants represented by the undersigned counsel (collectively, "Stipulating Defendants," and collectively, with Plaintiffs, the "Parties") for the purpose of revising the previously set hearing date from February 12, ~~2104~~ 2015 to February 19, ~~2014~~ 2015.

1. The original Complaint in this matter was filed on October 27, 2013.

2. On November 4, 2014, the Parties asked the Court to enter the agreed upon schedule for Defendants' responses to Plaintiffs' Second Amended Complaint (Dkt. No. 180).

3. The Court entered the submitted schedule on November 6, 2014 (Dkt. No. 182) with the hearing on any motions to dismiss set for February 12, ~~2014~~ 2015.

4. On November 20, 2014, Mr. Dwayne P. McKenzie, counsel for defendant management trustees, became aware of a scheduling conflict on February 12, ~~2014~~ 1015 and informed Parties of the same.

5. The Parties agreed to move the hearing date by one week to February 19, ~~2014~~ 2015.

6. Accordingly, the Parties now respectfully ask the Court to enter the below revised hearing date.

7. This Stipulation is not offered for any dilatory or improper purpose, but rather solely to effectively manage the scheduling of case events and to ensure the most efficient use of resources by the Court, the Parties, and their counsel as well as consider Parties' prior scheduling commitments.

**STIPULATION**

Pursuant to Local Rule 6-2, subject to the Court's approval, Plaintiffs and the Stipulating Defendants, hereby stipulate that the hearing on Defendants' motion to dismiss to the Second Amended Complaint, if filed, shall be held on February 19, 2015. All other deadlines set in the Court's November 6, 2014 Order (Dkt. No. 182) shall remain as set therein.

| | | |
|---|---|---|
| 1 | DATED: November 21, 2014 | COX, CASTLE & NICHOLSON LLP |

By: /s/ Dwayne P. McKenzie
    Dwayne P. McKenzie
Attorneys for Defendants Kevin J. Albanese, F.G. Crosthwaite, Thomas Holsman, John M. Humber, and Richard Piombo

Dated: November 21, 2014    **MOORE & LEVIANT LLP**

By: /s/ H. Scott Leviant
    J. Mark Moore
    H. Scott Leviant

**BERNS WEISS LLP**
Jeffrey K. Berns
Lee A. Weiss
Albert G. Lum

Attorneys for Plaintiffs David Slack, John Jarboe, Ken Bettis, Kenny Mendoza and Clyde Eli

Dated: November 21, 2014    **LAW OFFICE OF KENNETH C. ABSALOM**

By: /s/ Kenneth C. Absalom
    Kenneth C. Absalom
Attorneys for Defendants Russell E Burns, Dan Reding, Carl Goff, Pete Figueiredo, and Steve Ingersoll

**ECF CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to the document.

DATED: November 21, 2014                COX, CASTLE & NICHOLSON LLP

By: /s/ Dwayne P. McKenzie
    Dwayne P. McKenzie

Attorneys for Defendants Kevin J. Albanese, F.G. Crosthwaite, Thomas Holsman, John M. Humber, and Richard Piombo

**ORDER**

Pursuant to the foregoing Stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED that the hearing on Defendants' motion to dismiss to the Second Amended Complaint, if filed, shall be held on February 19, 2015.  All other deadlines set in the Court's November 6, 2014 scheduling Order (Dkt. No. 182) shall remain as set therein.

**IT IS SO ORDERED.** (as modified above)

Dated: 12/1 _____, 2014      _____
HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
LOS ANGELES, CA
069370\6584109v2

- 5 -

STIP AND [PROPOSED] ORDER SETTING
NEW HEARING DATE FOR DEFENDANTS'
MOTION TO DISMISS SAC 11/21/14