Kevin C. Bedolla/Bar No. 074132
THE LAW OFFICES OF KEVIN C. BEDOLLA
95 S. Market Street, Suite 300
San Jose, CA  95113
kcbedolla@sbcglobal.net
Telephone:   (408) 313-9817
Facsimile:    (408) 995-3274

Attorney for Third Party Defendant
Fred Herschbach

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SLACK, Individually and on Behalf of All Others Similarly Situated, et. al. | Case No.: 3:13-cv-05001-EMC |
| | CLASS ACTION |
| Plaintiff, | STIPULATION AND ORDER CONTINUING DATE TO RESPOND TO THIRD PARTY CROSS-COMPLAINT |
| vs. | |
| RUSSELL E. BURNS, an Individual, et. al. | Complaint Filed:    October 27, 2013 |
| Defendants. | |

And Related Third Party Complaint

The parties hereto, through their respective attorneys stipulate as follows:

    Cross-Defendant, Fred Herschbach ("Herschbach"), by and through his attorney, Kevin C. Bedolla and Defendants and Third Party Plaintiffs, Russell E. Burns, Carl Goff, Dan Reding, Pete Figueiredo and Steve Ingersoll, by and through their attorney, Kenneth Absalom, hereby stipulate as follows:

    1.    Herschbach was served with the Third Party Complaint on May 26, 2015.

    2.    Prior to being named a party and being served with the Third Party Complaint herein, Herschbach was served with a Subpoena to Testify at a Deposition in a Civil Matter which included a request for documents.

    3.    A hearing on a Motion to Strike the Third Party Complaint is set for July 2, 2015.

1

Case No: 3:13-cv-05001-EMC
Third Party Plaintiff's and Third Party Defendant's Stipulation and
Order to Continue Response to Third party Complaint

4. Herschbach has tendered his defense to various insurers, including an insurer listed in the Rule 26 Insurance Disclosure filed in this matter on or about April 3, 2015. A final decision regarding the providing of a defense for Herschbach and the specifics of that defense, including the final choice of counsel to represent Herschbach has not yet been made.

5. Herschbach needs additional time for his insurer to determine the specifics of his defense in this matter.

6. Based on the forgoing, the parties stipulate that Herschbach's shall have until July 20, 2015 to respond to the Third Party Complaint herein.

LAW OFFICES OF KEVIN C. BEDOLLA    LAW OFFICE OF KENNETH C. ABSALOM

By: _____    By: _____
Kevin C. Bedolla, Attorney for         Kenneth Absalom, Attorney for
Fred Herschbach,                       Russell E. Burns, Carl Goff, Dan Reding, Pete
                                       Figueredo, Steve Ingersoll
                                       George R. Nemeth

### ORDER

It is hereby ordered that the Third Party Defendant, Fred Herschbach shall have until July 20, 2015 to respond to the Third Party Complaint herein.

**IT IS SO ORDERED.**

Dated: June 26, 2015   _____



IT IS SO ORDERED
Judge Edward M. Chen
United States District Court, Northern District of California

Case No: 3:13-cv-05001-EMC

Third Party Plaintiff's and Third Party Defendant's Stipulation and
Order to Continue Response to Third party Complaint