1    J. Mark Moore, State Bar No. 180473
          jmm@mllawyers.net
2    H. Scott Leviant, State Bar No. 200834
          hsl@mllawyers.net
3    **MOORE & LEVIANT LLP**
     20700 Ventura Blvd., Suite 140
4    Woodland Hills, CA 91364
     Telephone:    (877) 360-7020
5    Facsimile:    (310) 870-7020

6    Jeffrey K. Berns (SBN 131351)
          jberns@law111.com
7    Lee A. Weiss (SBN 297834)
          lweiss@law111.com
8    Albert G. Lum (SBN 259053)
          alum@law111.com
9    **BERNS WEISS LLP**
     20700 Ventura Blvd. Suite 140
10   Woodland Hills, CA 91364
     Telephone: (818) 961-2000
11   Facsimile: (818) 999-1500

12   Attorneys for Plaintiffs

13

14                   UNITED STATES DISTRICT COURT

15                  NORTHERN DISTRICT OF CALIFORNIA

16

17   DAVID SLACK, individually, and on behalf       Case No.: 3:13-cv-05001-EMC
     of all others similarly situated, *et al.*

18            Plaintiffs,                            CLASS ACTION

19        vs.

20   INTERNATIONAL UNION OF OPERATING               **STIPULATION AND [PROPOSED]
     ENGINEERS, a trade union, *et al.*              ORDER TO DISMISS THE THIRD
21                                                   THROUGH EIGHTH AND TENTH
              Defendants.                            CLAIMS FOR RELIEF IN THE SECOND
22                                                   AMENDED COMPLAINT**

23

24

25

26

27

28

TO THE COURT, TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

This Stipulation is entered into by and between Plaintiffs David Slack, John Jarboe, Ken Bettis, Kenny Mendoza and Clyde Eli ("Plaintiffs") and Defendants Russell E. Burns, Dan Reding, Jim Sullivan, Carl Goff, Pete Figueiredo, Steve Ingersoll, Kevin J. Albanese, F.G. Crosthwaite, Thomas Holsman, John M. Humber, and Richard Piombo ("Defendants") (Plaintiffs and Defendants are the "Parties"). The Stipulation is entered into based upon the following facts:

A. On October 20, 2014, with leave of Court, Plaintiffs filed their Second Amended Complaint ("SAC"). (Dkts. 176, 179.) Defendants filed a Motion to Dismiss the SAC. (Dkts. 187, 188.)

B. On March 16, 2015, the Court issued its Order Granting in Part and Denying in Part Defendants' Motion to Dismiss. (Dkt. 199.)

C. Following the Court's ruling on all Defendants' Motions to Dismiss, the SAC presently alleges ERISA violations with respect to the "Longview investment" made by the Pension Fund (Claims 1 and 2), other, factually distinct ERISA violations related to alleged CBA circumvention affecting several Trusts (Claims 3-7) and alleged improper write-offs of signatory employer debts affecting all of the Trusts (Claim 8), and LMRDA violations against Defendants Burns, Goff and Reding related to alleged statements made following the filing of this action (Claim 10).

D. The Court held a Case Management Conference on April 2, 2015.  The Parties have commenced discovery in the matter.

E. The Parties have agreed to the dismissal with prejudice of the Third through Eighth Claims for Relief, with each Party to bear their own fees and costs related to those Claims.

F. Plaintiffs and Defendants Russell E. Burns, Dan Reding, and Carl Goff have agreed to the dismissal without prejudice of the Tenth Claim for Relief

Therefore, Plaintiffs and the Defendants stipulate as follows:

1. As to the Third through Eighth Claims for Relief in the SAC, Plaintiffs, in their

**STIPULATION TO DISMISS THE THIRD THROUGH EIGHTH AND TENTH CLAIMS FOR RELIEF IN THE SECOND AMENDED COMPLAINT**

1   individual capacities as no class has been certified in this matter, hereby dismiss those

2   Claims with prejudice.  As to the Third through Eighth Claims for Relief in the SAC,

3   the claims of absent putative class members are dismissed without prejudice.

4      2.   All Parties shall bear their own fees and costs with respect to the Third through Eighth

5   Claims for Relief in the SAC.

6      3.   As to the Tenth Claim for Relief in the SAC, Plaintiffs, in their individual capacities

7   as no class has been certified in this matter, hereby dismiss the Tenth Claim without

8   prejudice.  As to the Tenth Claim for Relief in the SAC, the claims of absent putative

9   class members are dismissed without prejudice.

Respectfully submitted,

10

11   Dated:  June 23, 2015           **BERNS WEISS LLP**

12

By: /s/ Lee A. Weiss

13           Jeffrey K. Berns

14           Lee A. Weiss
        Albert G. Lum

15           **MOORE & LEVIANT LLP**
        J. Mark Moore

16           H. Scott Leviant

17           Attorneys for Plaintiffs David Slack, John
        Jarboe, Ken Bettis, Kenny Mendoza and Clyde

18           Eli

19

20   Dated:  June 23, 2015           **LAW OFFICE OF KENNETH C. ABSALOM**

21

By: /s/ George R. Nemiroff

22           Kenneth C. Absalom

23           George R. Nemiroff
        Attorneys for Defendants Russell E Burns, Dan
        Reding, Carl Goff, Pete Figueiredo, and Steve

24           Ingersoll

25

26

27

28

**STIPULATION TO DISMISS THE THIRD THROUGH EIGHTH AND TENTH CLAIMS FOR RELIEF IN THE SECOND AMENDED COMPLAINT**

1    Dated:  June 23, 2015                    **COX, CASTLE & NICHOLSON LLP**

2

3                                            By: /s/ Dwayne McKenzie
                                                 _____
4                                                Dwayne McKenzie
                                                 Attorneys for Defendants Kevin J. Albanese, F.G.
5                                                Crosthwaite, Thomas Holsman, John M. Humber,
                                                 Richard Piombo

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
**STIPULATION TO DISMISS THE THIRD THROUGH EIGHTH AND TENTH CLAIMS FOR
RELIEF IN THE SECOND AMENDED COMPLAINT**

**ECF CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated:  June 23, 2015

By: /s/ Lee A. Weiss

Lee A. Weiss
lweiss@law111.com
**BERNS WEISS LLP**
20700 Ventura Blvd. Suite 140
Woodland Hills, CA 91364
Telephone: (818) 961-2000
Facsimile: (818) 999-1500

**STIPULATION TO DISMISS THE THIRD THROUGH EIGHTH AND TENTH CLAIMS FOR RELIEF IN THE SECOND AMENDED COMPLAINT**

**ORDER**

Pursuant to the foregoing Stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED that:

1. The Third through Eighth Claims for Relief in the Second Amended Complaint ("SAC") are dismissed by Plaintiffs, in their individual capacities, *with* prejudice as to the Plaintiffs.

2. The Third through Eighth Claims for Relief in the SAC are dismissed *without* prejudice as to the absent putative class members.

3. All Parties shall bear their own fees and costs with respect to the Third through Eighth Claims for Relief in the SAC.

4. The Tenth Claim for Relief in the SAC is dismissed by Plaintiffs, in their individual capacities, *without* prejudice.

5. The Tenth Claim for Relief in the SAC is dismissed *without* prejudice as to the absent putative class members.

**IT IS SO ORDERED.**

Dated: _____ 6/29 _____, 2015



HON. _____

UNITED _____ JUDGE

Judge Edward M. Chen

**STIPULATION TO DISMISS THE THIRD THROUGH EIGHTH AND TENTH CLAIMS FOR RELIEF IN THE SECOND AMENDED COMPLAINT**