STEPHEN P. BERZON (SBN 46540)
JONATHAN WEISSGLASS (SBN 185008)
STACEY M. LEYTON (SBN 203827)
ALTSHULER BERZON LLP
177 Post Street Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
sberzon@altshulerberzon.com
jweissglass@altshulerberzon.com
sleyton@altshulerberzon.com

*Attorneys for Defendants International Union of Operating Engineers, James T. Callahan, and Vincent Giblin*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SLACK, individually, and on behalf of all others similarly situated, *et al.* | Case No.: 3:13-cv-05001-EMC |
| Plaintiffs, | CLASS ACTION |
| vs. | |
| INTERNATIONAL UNION OF OPERATING ENGINEERS, a trade union, *et al.* | **[PROPOSED] ORDER GRANTING FEDERAL RULE OF CIVIL PROCEDURE 54(B) JUDGMENT** |
| Defendants. | |

1  TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD

2  The Court has received and reviewed the Stipulation entered into by all Plaintiffs and by
3  Defendants International Union of Operating Engineers, James T. Callahan, and Vincent Giblin
4  ("Stipulating Defendants"). Good cause appearing, IT IS HEREBY ORDERED:

5  1. Partial Final Judgment under Federal Rule of Civil Procedure 54(b) as to all claims
6     against Stipulating Defendants is appropriate in this matter because there are multiple
7     parties involved, the claims against Stipulating Defendants have been finally resolved,
8     and there is no just reason for delay.
9  2. In accordance with the Stipulation of the parties, the Court will enter a partial final
10    judgment in favor of Stipulating Defendants.
11 3. All parties shall bear their own fees and costs as to the claims brought by Plaintiffs
12    against Stipulating Defendants.
13 4. The caption of this case shall be modified so that it now reads *David Slack, et al. v.*
14    *Russell Burns, et al*.

Date: __9/3/15_____     _____
                              HON. EDWARD M. CHEN
                              UNITED STATES DISTRICT JUDGE

