Jeffrey K. Berns (SBN 131351)
   jberns@law111.com
H. Scott Leviant (SBN 200834)
   hsleviant@law111.com
Albert G. Lum (SBN 259053)
   alum@law111.com
**BERNS WEISS LLP**
6800 Owensmouth Avenue, Suite 310
Canoga Park, CA 91303
Telephone:   (818) 961-2000
Facsimile:   (818) 936-0232

Lee A. Weiss (SBN 297834)
   lweiss@law111.com
**BERNS WEISS LLP**
585 Stewart Avenue, Suite L-20
Garden City, NY 11530
Telephone:   (516) 222-2900
Facsimile:   (818) 936-0232

J. Mark Moore (SBN 180473)
   jmm@mllawyers.net
**LAW OFFICES OF J. MARK MOORE**
6800 Owensmouth Avenue, Suite 310
Canoga Park, CA 91303
Telephone:   (877) 360-7020
Facsimile:   (310) 870-7020

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SLACK, et al,<br><br>    Plaintiffs,<br><br>  vs.<br><br>RUSSELL BURNS, et al.,<br><br>    Defendants. | Case No.: 3:13-cv-05001-EMC<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE EXPERT WITNESS DISCOVERY DEADLINES** |

TO THE COURT, TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

This Stipulation is entered into by and between Plaintiffs David Slack, John Jarboe, Ken Bettis, Kenny Mendoza and Clyde Eli ("Plaintiffs") and Defendants Russell E. Burns, Dan Reding, Carl Goff, Kevin J. Albanese, F.G. Crosthwaite, Thomas Holsman, John M. Humber, and Richard Piombo ("Defendants") (Plaintiffs and Defendants are the "Parties"). The Stipulation is entered into based upon the following facts:

A. On October 20, 2014, Plaintiffs filed their Second Amended Complaint ("SAC"). (Dkts. 176, 179.)

B. On March 16, 2015, the Court issued its Order Granting in Part and Denying in Part Defendants' Motion to Dismiss the SAC. (Dkt. 199.)

C. Defendants filed Answers to the SAC on April 30, 2015. (Dkts. 208 and 209.)

D. The Court held a Case Management Conference on April 2, 2015. On April 3, 2015, the Court issued a Case Management Order. (Dkt. 207.)  The Case Management Order presently specifies that the non-expert discovery cut-off is April 14, 2016.  The Case Management Order also specifies that opening expert reports are to be exchanged on April 14, 2016, rebuttal reports are to be exchanged on May 5, 2016, and expert discovery is to be concluded on May 26, 2016.

E. The Parties have conducted substantial discovery in this matter, including depositions of the Parties and third-parties. The Parties have exchanged many thousands of pages of documents and responses to written discovery. Third-party entities have also produced thousands of pages of documents. Additional depositions of third-party witnesses are scheduled for April 11, 2016 and April 12, 2016, in New York.

F. After conferring about the fact that opening expert reports are due on April 14, 2016, which is also the non-expert discovery cut-off date, the Parties have agreed that continuing all of the expert discovery dates approximately 30 days would reduce the likelihood that non-expert evidence would remain unsettled after the opening expert report is due. This continuance will not impact any of the remaining pre-trial dates or the trial date.

Therefore, Plaintiffs and the Defendants <u>stipulate as follows</u>, subject to Court approval:

1. The expert opening report due date will be continued from April 14, 2016 to May 16, 2016.
2. The expert rebuttal report due date will be continued from May 5, 2016 to June 6, 2016.
3. The expert discovery cut-off will be continued from May 26, 2016 to June 24, 2016.
4. All other dates and deadlines shall remain the same.
5. This stipulated continuance is without prejudice to any subsequent request by a Party to adjust any deadline or further stipulations by the Parties to modify any deadline.

Dated:  March 22, 2016          **BERNS WEISS LLP**

By: */s/ H. Scott Leviant*
Jeffrey K. Berns
Lee A. Weiss
H. Scott Leviant
Albert G. Lum

**LAW OFFICES OF J. MARK MOORE**
J. Mark Moore

Attorneys for Plaintiffs

Dated:  March 22, 2016          **LAW OFFICE OF KENNETH C. ABSALOM**

By: */s/ Kenneth C. Absalom, by permission*
Kenneth C. Absalom
George R. Nemiroff
Attorneys for Defendants Russell E Burns, Dan Reding, and Carl Goff

Dated:  March 22, 2016          **COX, CASTLE & NICHOLSON LLP**

By: */s/ Dwayne McKenzie, by permission*
Dwayne McKenzie
Attorneys for Defendants Kevin J. Albanese, F.G. Crosthwaite, Thomas Holsman, John M. Humber, Richard Piombo

**ECF CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated: March 22, 2016   By: */s/ H. Scott Leviant*
H. Scott Leviant
hsleviant@law111.com
**BERNS WEISS LLP**
6800 Owensmouth Avenue, Suite 310
Canoga Park, CA 91303
Telephone: (818) 961-2000
Facsimile: (818) 999-1500

# ORDER

Pursuant to the foregoing Stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED that:

1. The expert opening report due date is continued from April 14, 2016 to May 16, 2016.
2. The expert rebuttal report due date is continued from May 5, 2016 to June 6, 2016.
3. The expert discovery cut-off is continued from May 26, 2016 to June 24, 2016.
4. No other dates or deadlines are changed by this Order.
5. This stipulated continuance is without prejudice to any subsequent request by a Party to adjust any deadline or further stipulations by the Parties to modify any deadline.

**IT IS SO ORDERED.**

Dated: _____3/23_____, 2016

