UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID SLACK, et al.,

    Plaintiffs,

v.

RUSSELL E. BURNS, et al.,

    Defendants.

Case No. 13-cv-05001-EMC   (KAW)

**ORDER REGARDING DEBBIE MORGAN'S MAY 23, 2016 DEPOSITION**

On May 16, 2016, Debbie Morgan's attorney, Lawrence Hupertz, contacted the undersigned via email, and attached medical records, to explain why Ms. Morgan is unable to undergo deposition on May 23, 2016. The Court is satisfied that, due to unanticipated developments, Ms. Morgan is currently unavailable for medical reasons. The parties and Mr. Hupertz are ordered to meet and confer regarding the rescheduling of the deposition, and, if necessary, to seek relief from any deadlines from the presiding judge.

IT IS SO ORDERED.

Dated: May 17, 2016

KANDIS A. WESTMORE
United States Magistrate Judge