UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SLACK, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RUSSELL E. BURNS, et al.,<br><br>Defendants. | Case No. 13-cv-05001-EMC<br><br>**ORDER RE PLAINTIFFS' MOTIONS TO FILE UNDER SEAL**<br><br>Docket Nos. 292, 303 |

Previously, the Court deferred ruling in part on Plaintiffs' motions to file under seal, *see* Docket Nos. 292, 303 (motions), so that third parties could provide a declaration, either justifying the confidentiality designation or waiving such designation. *See* Docket no. 314, 315 (orders).

The Court has now received a declaration from Amalgamated Bank ("AB"). *See* Docket No. 319 (Freel declaration). The declaration provides a basis for sealing Exhibits XXX and YYY to the Leviant reply declaration, *see* Docket No. 303-4 (Leviant reply declaration), and Exhibits 7 and 9-11 to the McKenzie declaration. *See* Docket No. 292-4 (McKenzie declaration). Accordingly, the Court hereby **GRANTS** the motion to seal those exhibits.

The Court did not receive a declaration from IPS. Accordingly, the Court hereby **DENIES** the motion to seal Exhibit VVV to the Leviant reply declaration.

This order along with the orders at Docket Nos. 314 and 315 dispose of Docket Nos. 292 and 303.

**IT IS SO ORDERED**.

Dated: July 5, 2016

_____
EDWARD M. CHEN
United States District Judge