John S. Miller, Jr. (State Bar No. 77446)
jmiller@coxcastle.com
Dwayne P. McKenzie (State Bar No. 175162)
dmckenzie@coxcastle.com
Monica R. Briseño (State Bar No. 286692)
mbriseno@coxcastle.com
COX, CASTLE & NICHOLSON LLP
2029 Century Park East, 21st Floor
Los Angeles, CA  90067-3284
Telephone:  (310) 284-2200
Facsimile:  (310) 284-2100

Attorneys for Defendants Kevin J. Albanese,
F.G. Crosthwaite, Thomas Holsman,
John M. Humber, and Richard Piombo

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SLACK, individually, and on behalf of all others similarly situated; JOHN JARBOE, individually, and on behalf of all others similarly situated; KEN BETTIS, individually, and on behalf of all others similarly situated; KENNY MENDOZA, individually, and on behalf of all others similarly situated, CLYDE ELI, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS, a trade union, et al.,<br><br>Defendants. | Case No. 3:13-CV-05001-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO BRING MOTION FOR ATTORNEY'S FEES** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

This Stipulation is submitted pursuant to Local Rule 6-2 and is entered into by and between all Plaintiffs and Defendants represented by the undersigned counsel (collectively, the "Parties") for the purpose of extending the time for Defendants' to bring a motion for attorney's fees.

1. The Court issued an Order on July 20, 2016 (Docket No. 331) **GRANTING** Defendants' motion for summary judgment and **DENYING** Plaintiffs' motion for summary adjudication as moot.

2. Concurrently with this Stipulation, the Parties are filing with the Court a proposed Judgment pursuant to the July 20, 2016 Order.

3. The Court is expected to enter a final judgment for purposes of Federal Rule of Civil Procedure 58(c).

4. Pursuant to Local Rule 54-5, a motion for award of attorney's fees must be served and filed within 14 days of entry of judgment by the District Court.

5. Also pursuant to Local Rule 54-5, parties must meet and confer for the purposes of resolving all disputed issues relating to attorney's fees before making a motion for award of attorney's fees.

6. To accommodate the Parties' efforts to meet and confer on Defendants' attorney's fee motion and related matters, the Parties have agreed to a 7 day extension of the 14 day period and respectfully ask the Court to enter the below extension in connection with Defendants' time to bring a motion for award of attorney's fees.

7. No prior time modification, by stipulation or Court order, has been provided in connection with an attorney's fees motion in this action, and this Stipulation is not offered for any dilatory or improper purpose, but rather solely to effectively manage the scheduling of case events and to ensure the most efficient use of resources by the Court, the Parties, and their counsel as well as consider Parties' scheduling commitments.

8. This Stipulation for the extension of time to bring a motion for award of attorney's fees is without prejudice to subsequent stipulations by the Parties or requests by Defendants to further extend the time for Defendant's motion for attorney's fees.

## STIPULATION

Pursuant to Local Rules 6-2 and 54-5, subject to the Court's approval, Plaintiffs and the Stipulating Defendants, hereby stipulate that:

1. Defendants' time to file and serve a motion for award of attorney's fees is extended from 14 days to 21 days following the date Judgment is entered.

Respectfully submitted,

Dated: July 29, 2016    **COX CASTLE & NICHOLSON**

By: /s/ Monica Briseño

Dwayne McKenzie
Monica Briseno
Attorneys for Defendants F.G. Crosthwaite, Rich Piombo, Thomas Holsman, John Humber and Kevin Albanese

Dated: July 29, 2016    **LAW OFFICE OF KENNETH C. ABSALOM**

By: /s/ Kenneth C. Absalom

Kenneth C. Absalom
George R. Nemiroff
Attorneys for Defendants Russell E. Burns, Dan Reding, and Carl Goff

Dated: July 29, 2016    **BERNS WEISS LLP**

By: /s/ H. Scott Leviant

H. Scott Leviant
Jeffrey K. Berns
Lee A. Weiss
Albert G. Lum

**LAW OFFICES OF J. MARK MOORE**
J. Mark Moore

Attorneys for Plaintiffs

**ECF CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to the document.

DATED: July 29, 2016				COX, CASTLE & NICHOLSON LLP


						By: /s/ Monica Briseño
						    Dwayne McKenzie
						    Monica Briseno

						Attorneys for Defendants F.G. Crosthwaite, Rich Piombo, Thomas Holsman, John Humber and Kevin Albanese

**ORDER**

Pursuant to the foregoing Stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED that:

1. Defendants' time to file a motion for award of attorney's fees is extended from 14 days to 21 days following the date Judgment is entered.

**IT IS SO ORDERED.**

Dated: ____8/1_____, 2016    

_____
HON. _____
UNITED STATES DISTRICT JUDGE
Judge Edward M. Chen