1  John S. Miller, Jr. (State Bar No. 77446)
   jmiller@coxcastle.com
2  Dwayne P. McKenzie (State Bar No. 175162)
   dmckenzie@coxcastle.com
3  Monica R. Briseño (State Bar No. 286692)
   mbriseno@coxcastle.com
4  COX, CASTLE & NICHOLSON LLP
   2029 Century Park East, 21st Floor
5  Los Angeles, CA  90067-3284
   Telephone:  (310) 284-2200
6  Facsimile:  (310) 284-2100

7  Attorneys for Defendants Kevin J. Albanese,
   F.G. Crosthwaite, Thomas Holsman,
8  John M. Humber, and Richard Piombo

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID SLACK, individually, and on behalf of all others similarly situated; JOHN JARBOE, individually, and on behalf of all others similarly situated; KEN BETTIS, individually, and on behalf of all others similarly situated; KENNY MENDOZA, individually, and on behalf of all others similarly situated, CLYDE ELI, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS, a trade union, et al.,<br><br>Defendants. | Case No. 3:13-CV-05001-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO BRING MOTION FOR ATTORNEY'S FEES AND BILL OF COSTS** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

This Stipulation is submitted pursuant to Local Rule 6-2 and is entered into by and between all Plaintiffs and Defendants represented by the undersigned counsel (collectively, the "Parties") for the purpose of extending the time for Defendants to bring a motion for attorney's fees and a bill of costs.

1. The Court issued an Order on July 20, 2016 (Docket No. 331) **GRANTING** Defendants' motion for summary judgment and **DENYING** Plaintiffs' motion for summary adjudication as moot.

2. The Parties filed with the Court a proposed Judgment pursuant to the July 20, 2016 Order on July 29, 2016. (Docket No. 334-1.)

3. The Court entered a final judgment for purposes of Federal Rule of Civil Procedure 58(c) on August 1, 2016.  (Docket No. 336.)

4. Plaintiffs have indicated that they intend to appeal the final judgment.

5. Pursuant to Local Rules 54-1 and 54-5, a bill of costs and a motion for award of attorney's fees must be served and filed within 14 days of entry of judgment by the District Court.  Pursuant to Local Rule 54-5, parties must meet and confer for the purposes of resolving all disputed issues relating to attorney's fees before making a motion for award of attorney's fees.

6. To accommodate the Parties' efforts to meet and confer regarding Defendants' anticipated motion for attorney's fees, the Parties stipulated to extend the time for Defendants to bring an attorney's fee motion by an additional 7 days.  (Docket No. 333.)  Pursuant to the stipulation, the Court entered an Order that Defendants' motion for attorney's fees must be filed and served within 21 days following the entry of final judgment in the action.  (Docket No. 335.)

7. With the final judgment in the action having been entered on August 1, 2016 and pursuant to the Court's Order and Local Rules 54-1 and 54-5, Defendants have until August 15, 2016 to file a bill of costs and until August 22, 2016 to file a motion for attorney's fees.

8. Parties met and conferred regarding Defendants' attorney's fees motion and bill of costs on August 2, 2016.  During discussions, Defendants indicated that they intend to continue to seek the deposition of Ms. Debbie S. Morgan, which they believe is relevant to their attorney's fees motion.  Plaintiffs disagree that Defendants may obtain the deposition of Ms. Morgan or that it is relevant to Defendants' motion. Accordingly, to resolve the issue, the Parties discussed that Defendants would bring an administrative motion on the subject of Ms. Morgan's deposition before this Court.

9. To accommodate the bringing of an administrative motion in connection with Ms. Morgan's deposition, the time necessary for the court to consider such request, and the potential taking of Ms. Morgan's deposition, the parties have agreed to extend the time to file and serve an attorney's fees motion and bill of costs to 30 days following an order denying Defendants' motion to take the deposition of Ms. Morgan, or, should such motion be granted, 30 days following the date on which Ms. Morgan's deposition is concluded.

10. This extension of time does not, and is not intended to, affect Plaintiffs' ability to bring a timely appeal.

11. This Stipulation is not offered for any dilatory or improper purpose, but rather solely to effectively manage the scheduling of case events and to ensure the most efficient use of resources by the Court, the Parties, and their counsel as well as consider Parties' scheduling commitments.

12. This Stipulation for the extension of time to bring a motion for award of attorney's fees and a bill of costs is without prejudice to subsequent stipulations by the Parties or requests by Defendants to further extend the time for Defendants' motion for attorney's fees and bill of costs.

//
//
//
//

# STIPULATION

Pursuant to Local Rules 6-2, 54-1, and 54-5, subject to the Court's approval, Plaintiffs and the Stipulating Defendants, hereby stipulate that:

1. Defendants' time to file and serve a bill of costs and a motion for award of attorney's fees is extended from Monday August 15, 2016, and Monday, August, 22, 2016, respectively, to 30 days following an order denying Defendants' motion to take the deposition of Ms. Morgan, or, should such motion be granted, 30 days following the date on which Ms. Morgan's deposition is concluded.

Respectfully submitted,

Dated: August 4, 2016  **COX CASTLE & NICHOLSON**

By: /s/ Monica Briseño

Dwayne McKenzie
Monica Briseno
Attorneys for Defendants F.G. Crosthwaite, Rich Piombo, Thomas Holsman, John Humber and Kevin Albanese

Dated: August 4, 2016  **LAW OFFICE OF KENNETH C. ABSALOM**

By: /s/ Kenneth C. Absalom

Kenneth C. Absalom
George R. Nemiroff
Attorneys for Defendants Russell E. Burns, Dan Reding, and Carl Goff

Dated: August 4, 2016  **BERNS WEISS LLP**

By: /s/ H. Scott Leviant

H. Scott Leviant
Jeffrey K. Berns
Lee A. Weiss
Albert G. Lum

**LAW OFFICES OF J. MARK MOORE**
J. Mark Moore

Attorneys for Plaintiffs

**ECF CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to the document.

DATED: August 4, 2016                   COX, CASTLE & NICHOLSON LLP


By: /s/ Monica Briseño
      Dwayne McKenzie
      Monica Briseno

Attorneys for Defendants F.G. Crosthwaite, Rich Piombo, Thomas Holsman, John Humber and Kevin Albanese

**ORDER**

Pursuant to the foregoing Stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED that:

1. Defendants' time to file and serve both a bill of costs and a motion for award of attorney's fees is extended from Monday August 15, 2016, and Monday, August, 22, 2016, respectively, to 30 days following an order denying Defendants' motion to take the deposition of Ms. Morgan, or, should such motion be granted, 30 days following the date on which Ms. Morgan's deposition is concluded.

**IT IS SO ORDERED.**

Dated: ____8/8_____, 2016    _____
HON. _____ JUDGE
UNITED STATES DISTRICT JUDGE

