John S. Miller, Jr. (State Bar No. 77446)
jmiller@coxcastle.com
Dwayne P. McKenzie (State Bar No. 175162)
dmckenzie@coxcastle.com
Monica R. Briseño (State Bar No. 286692)
mbriseno@coxcastle.com
COX, CASTLE & NICHOLSON LLP
2029 Century Park East, 21st Floor
Los Angeles, CA  90067-3284
Telephone:  (310) 284-2200
Facsimile:  (310) 284-2100

Attorneys for Defendants Kevin J. Albanese,
F.G. Crosthwaite, Thomas Holsman,
John M. Humber, and Richard Piombo

KENNETH C. ABSALOM (SBN 114607)
kenabsalom@333law.com
GEORGE R. NEMIROFF (SBN262058)
nemiroff@333law.com
LAW OFFICE OF KENNETH C. ABSALOM
220 Montgomery Street, Suite 905
San Francisco, CA 94104
Telephone: (415) 392-5040
Facsimile: (415) 392-3729

Attorneys for Defendants
Carl Goff, Russell E. Burns and Dan Reding

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID SLACK, et al.,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>RUSSELL BURNS, et al.,<br><br>　　　　Defendants. | Case No. 3:13-CV-05001-EMC<br><br>**DEFENDANTS' NOTICE TO WITHDRAW JOINT MOTION FOR ATTORNEY'S FEES AND VACATE JOINT BILL OF COSTS** |

1   **PLEASE TAKE NOTICE** that Defendants Russell E. Burns, Carl Goff, and Dan Reding
2   ("Union Trustees") and Defendants Kevin J. Albanese, F.G. Crosthwaite, Thomas Holsman, John M.
3   Humber, and Richard Piombo ("Management Trustees") (collectively, "Trustees" or "Defendants")
4   hereby:  (1) withdraw their Joint Motion for Attorney's Fees (the "Motion") against Plaintiffs David
5   Slack, et al. (collectively "Plaintiffs") filed on November 7, 2016 (Dkt. No. 352); (2) request that the
6   hearing on the Motion, which is currently scheduled for March 2, 2017, be vacated; and, (3) request
7   that the Bill of Costs issued by the Clerk of the Court on December 19, 2016 (Dkt. No. 355) be
8   vacated.

9   Plaintiffs voluntarily dismissed their appeal before the Court of Appeals for the Ninth Circuit.
10  The dismissal of the appeal by the Court of Appeals was issued on January 3, 2017, was sent to this
11  Court, and acts as the mandate of the Court of Appeal (Appellate Dkt. No. 21).  Defendants
12  understand that dismissal of the appeal and withdrawal of the Motion (as noticed herein) resolves all
13  remaining and pending matters in this case.

16  DATED:  January 5, 2017                     COX, CASTLE & NICHOLSON LLP

17                                              By:  /s/ Dwayne P. McKenzie
18                                                   Dwayne P. McKenzie
                                                     Attorneys for Management Trustee Defendants

20  DATED:  January 5, 2017                     LAW OFFICE OF KENNETH C. ABSALOM

21                                              By:  /s/ Kenneth C. Absalom
                                                     Kenneth C. Absalom
22                                                   Attorneys for Union Trustee Defendants

**ECF CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to the document.

DATED: January 5, 2017        COX, CASTLE & NICHOLSON LLP

By: /s/ Monica R. Briseno
    Dwayne P. McKenzie
    Monica R. Briseno

Attorneys for Defendants Kevin J. Albanese, F.G. Crosthwaite, Thomas Holsman, John M. Humber, and Richard Piombo